## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CYRUS R. SANDERS,** | : | |
| | : | |
| **Plaintiffs** | : | **CIVIL NO. 1:14-CV-00288** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **DOMINICK L. DEROSE, <u>et</u> <u>al.</u>,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

**NOW, THEREFORE, THIS 30th DAY OF SEPTEMBER, 2015,** upon consideration of Defendants' Motion to Dismiss (Doc. No. 20) and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1) The Motion to Dismiss is **GRANTED** as follows:

a) Plaintiffs' claim of retaliation due to the filing of a misconduct report on June 13, 2012 is **DISMISSED** with prejudice.

b) Plaintiff's claim of retaliation based on the Defendant Rose's threatening remarks is **DISMISSED** with prejudice.

c) All other claims in the complaint are **DISMISSED** without prejudice

2) Plaintiff may, if he so chooses, file an amended complaint within thirty (30) days of the date of this order.

<u>S/ Yvette Kane</u>

YVETTE KANE
United States District Judge
United States District Court
Middle District of Pennsylvania