```
                UNITED STATES DISTRICT COURT
                         FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA
```

**CYRUS R. SANDERS,**          :
                               :
       **Plaintiff**          :     No. 1:14-CV-00288
                               :
   **vs.**                     :     (Judge Kane)
                               :
**DOMINICK L. DEROSE, et al.,** :
                               :
       **Defendants**         :

<u>ORDER</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Sanders's amended complaint (Doc. 34) untimely filed on November 2, 2015, is **DISMISSED** and the Clerk of Court directed to **CLOSE** the case.

                                         <u>S/ Yvette Kane</u>
                                         Yvette Kane
                                         United States District Judge

Date: November 4, 2015